1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MEADOR, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM SULLIVAN, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. EDCV 08-722-JFW (JWJ) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order, the Magistrate Judge's Report and Recommendation, and the
3  Judgment herein on petitioner.

5  DATED: May 7, 2009

_____
JOHN F. WALTER
United States District Judge

2