JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MEADOR, | Case No. EDCV 08-722-JFW (JWJ) |
| Petitioner, | JUDGMENT |
| v. | |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: May 7, 2009

_____
JOHN F. WALTER
United States District Judge